Ryan J. Lorenz, #019878
David G. Schmidt, #032538
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona  85254
Telephone:  (480) 684-1100
Facsimile:  (480) 684-1190
rlorenz@clarkhill.com
dschmidt@clarkhill.com

*Attorneys for Plaintiffs Rodriguez, Jung, Ertz and Armitage*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Alpine 4 Holdings Inc., a Delaware corporation; Chris Rodriguez; Michelle Jung; Shawn  Ertz; Brandon Armitage,<br><br>Plaintiffs,<br>v.<br><br>Fin Capital, LLC, a New York limited liability company; Grizzly Research LLC, a Delaware limited liability company;<br><br>Defendants. | Case No.: 2:21-cv-00886-MTL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Alpine 4 Holdings Inc., Chris Rodriquez, Michelle Jung, Shawn Ertz, and Brandon Armitage ("Plaintiffs"), through counsel, dismisses this action in its entirety without prejudice.  No answer, responsive motion or motion for summary judgment has been filed by any Defendant.

DATED this 14 day of September 2021.

**CLARK HILL PLC**

By: s/ Ryan J. Lorenz
      Ryan J. Lorenz
      David G. Schmidt
      Attorneys for Plaintiffs Alpine 4
      Holdings Inc., Rodriguez, Jung, Ertz
      and Armitage