Ryan J. Lorenz, #019878
David G. Schmidt, #032538
**CLARK HILL PLC**
14850 North Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1190
rlorenz@clarkhill.com
dschmidt@clarkhill.com
*Attorneys for Plaintiffs Rodriguez, Jung, Ertz and Armitage*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alpine 4 Holdings Inc., a Delaware corporation; Chris Rodriguez; Michelle Jung; Shawn Ertz; Brandon Armitage, <br><br> Plaintiffs, <br> v. <br><br> Fin Capital, LLC, a New York limited liability company; Grizzly Research LLC, a Delaware limited liability company; <br><br> Defendants. | Case No.: 2:21-cv-00886-MTL <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiffs, through counsel, hereby respond to the court's order to show cause [dkt 5]. Pursuant to Fed. R. Civ. P. 4(m), the court requested that the Plaintiffs demonstrate timely service of process or the court may abate/dismiss this action. In a separate filing, Plaintiffs have caused this matter to be voluntarily dismissed [dkt 6]. A dismissal for lack of service is unnecessary because a voluntary dismissal under Fed. R. Civ. P. 41(a)(1) terminates the action without any action by the court.

DATED this 14 day of September 2021.

**CLARK HILL PLC**

By: s/ Ryan J. Lorenz
    Ryan J. Lorenz
    Attorneys for Plaintiffs Alpine 4
    Holdings Inc., Rodriguez, Jung, Ertz
    and Armitage