# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Alpine 4 Holdings Incorporated, et al., | No. CV-21-00886-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. |   |
| Fin Capital LLC, et al., |   |
| Defendants. |   |

Pursuant to the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 6), and good cause appearing,

**IT IS ORDERED granting** the Notice of Voluntary Dismissal Without Prejudice (Doc. 6) and dismissing this action, without prejudice, in its entirety.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 14th day of September, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge